IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KEVIN FUREY : CIVIL ACTION
:
v. :
:
POLICE OFFICER TRAVIS WOLFE, :
et al. : NO. 10-1820

## ORDER

AND NOW, this 3rd day of May, after consideration of Defendants' motion to disqualify Plaintiff's counsel, which includes a request to depose Plaintiff's counsel (Doc. 55), all responses thereto, and oral argument conducted on April 21, 2011, it is hereby ORDERED as follows:

1. Defendants' motion to disqualify Plaintiff's counsel is DENIED WITHOUT PREJUDICE;

2. Defendants' request to depose Plaintiff's counsel is GRANTED, but shall be strictly limited as set forth in the accompanying Memorandum; and

3. The discovery stay in effect since my Order dated March 8, 2011 (Doc. 58) is HEREBY LIFTED. The parties shall contact my chambers to arrange a teleconference to discuss scheduling the remaining discovery in this case, and to arrange a date and time to conduct the depositions of Plaintiff and Plaintiff's counsel in my courtroom, Courtroom 6, 2nd Floor, United States Courthouse, Robert N.C. Nix Federal Building, 900 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/S/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE