IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN FUREY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER TRAVIS WOLFE, | : | |
| et al. | : | NO. 10-1820 |

## ORDER

    AND NOW, this 17th day of August 2011, after consideration of Defendants' motion for leave to file a motion for summary judgment (Doc. 99), Plaintiff's response thereto (Doc. 99), Defendants' reply (Doc. 100), and Plaintiff's sur-reply (Doc. 101), it is hereby ORDERED that the motion is GRANTED.  Defendants shall have fourteen days from the date of this order, or until August 31, 2011, to file their motion for summary judgment, and Plaintiff shall have twenty-one days thereafter to respond.

    IT IS FURTHER ORDERED that Plaintiff's request for additional discovery is DENIED WITHOUT PREJUDICE to renew the request when responding to Defendants' motion for summary judgment.

    The Court's Order staying discovery remains in effect pending the Court's ruling on Plaintiff's affidavit in support of additional discovery.

BY THE COURT:

/S/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE