IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN FUREY | : | CIVIL ACTION |
| v. | : | |
| TRAVIS WOLFE, et al. | : | NO. 10-1820 |

ORDER

AND NOW, this 27th day of December, 2011, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 104) and the responses and replies thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is DENIED.  This case remains referred to Magistrate Judge Hey for final disposition of all pretrial matters not dispostive of a party's claim or defense.  The parties shall contact Judge Hey to discussing scheduling the remainder of this matter.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.