IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN FUREY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER TRAVIS WOLFE, | : | |
| et al. | : | NO. 10-1820 |

## ORDER

AND NOW, this 15th day of March 2012, after consideration of Plaintiff's Motion to Quash Defendants' Subpoenas to Norristown Hospital and Vicki Morrow, M.D. (Doc. 85), Defendants' response filed under seal (Doc. 97), and Plaintiff's reply (Doc. 123), it is hereby ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that the psychiatric records from Norristown Hospital and Dr. Morrow shall be subject to a Protective Order whereby Defendants shall maintain the confidentiality of the records by not disclosing any portion of the contents to anyone other than the court, the attorneys (and their staff) involved in the matter, and expert witnesses; by not releasing any portion of the records to third-parties; by destroying the records at the conclusion of the litigation and certifying in writing that they have done so; and by not using the information contained in the records for purposes other than this lawsuit.

BY THE COURT:
/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE